

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2021

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217  Glevyfirm@g

July 16, 2021

Hon. Analisa Torres
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: VOLMAN V. SANTA CLARITA RESTAURANT CORP. et al.
**DOCKET NO. 1:21-cv-04742-AT**

Dear Judge Torres:

The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write to respectfully request an extension of time to file the joint letter and case management plan currently due by July 25, 202, as instructed in Your Honor's order dated June 17, 2021. This is plaintiff's first request for this relief.

To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with me. My office mailed courtesy copies of the pleadings to each of the defendants as instructed in Your Honor's June 17, 2021 order. Accordingly, I respectfully request additional time to continue my efforts in contacting the defendants.

Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy

GRANTED. By **August 25, 2021**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: July 16, 2021
New York, New York

ANALISA TORRES
United States District Judge