

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/2021

41 Flatbush Avenue, 1st Floor, Brooklyn, New York 11217   Glevy@glpcfirm...

August 17, 2021

Hon. Analisa Torres
United Stated District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

    RE:    VOLMAN V. SANTA CLARITA RESTAURANT CORP. et al.
            **DOCKET NO. 1:21-cv-04742-AT**

Dear Judge Torres:

    The undersigned represents Josef Volman, the plaintiff in the above-referenced matter. I write to respectfully request thirty (30) days to move for default judgment against both non-appearing defendants.

    To date, the defendants have not yet appeared, answered, or otherwise moved or communicated with me. Defendants were served via service upon the Secretary of State on June 10, 2021 (ECF Nos. 12,13), and their time to answer has long expired. On July 14, 2021, I mailed courtesy copies of the pleadings to both named defendants. It is clear neither defendant intends to appear in this case. I therefore request that the discovery deadline currently due by August 25th be stayed sine die and for thirty (30) days to move for default.

    Thank you for your time and consideration on this matter.

Respectfully,

Gabriel A. Levy

GRANTED. The deadline scheduled for August 25, 2021, is ADJOURNED *sine die*. By **September 17, 2021**, Plaintiff shall move for default in accordance with Attachment A to the Court's Individual Practices in Civil Cases.

SO ORDERED.

Dated: August 17, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge