```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
JOSEF VOLMAN,

                            Plaintiff,

          -against-

SANTA CLARITA RESTAURANT CORP. and
237 WILLIS AVENUE REALTY LLC,

                            Defendants.
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/5/2021__
```

21 Civ. 4742 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      On September 17, 2021, Plaintiff filed a motion for default judgment. ECF No. 26. The Court denied without prejudice to renewal this motion for failure to comply with Rule III(M) and Attachment A of the Court's Individual Practices in Civil Cases. ECF No. 27. On October 4, 2021, Plaintiff renewed his motion. ECF No. 28. This submission, however, still fails to comply with this Court's Individual Pracitces, which require, among other things: (1) a motion brought on by proposed order to show cause; (2) an affidavit or declaration signed by a party with personal knowledge (i.e. not the attorney in the action except in limited circumstances), which sets forth a statement of proposed damages and the basis for each element of damages; (3) a separate affidavit by Plaintiff's attorney stating the basis for default judgment, among other matters; and (4) a proposed default judgment, a certificate of default, copies of the pleadings, and the affidavit of service for the summons and complaint, all attached to Plaintiff's attorney's affidavit.

      Accordingly, Plaintiff's motion is DENIED. By **October 26, 2021**, Plaintiff shall submit a renewed motion for default judgment that complies with the Court's Individual Practices in Civil Cases.

      SO ORDERED.

Dated: October 5, 2021
       New York, New York

                                                          ANALISA TORRES
                                           United States District Judge