UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF VOLMAN,

                Plaintiff,

-against-

SANTA CLARITA RESTAURANT CORP. and
237 WILLIS AVENUE REALTY LLC,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2021
```

21 Civ. 4742 (AT)

**ORDER**

ANALISA TORRES, District Judge:

On October 25, 2021, Plaintiff moved by order to show cause for default judgment against Defendants. ECF No. 30. In support, Plaintiff submitted two affidavits with accompanying exhibits, and a proposed default judgment (the "Supporting Papers"). ECF No. 30. Accordingly:

1. On **December 21, 2021**, at **11:00 a.m.**, Defendants shall appear at a telephonic conference to show cause why the Court should not enter a default judgment against them pursuant to Rule 55(b) of the Federal Rules of Civil Procedure. Plaintiff shall also appear. The parties are directed to dial 888-398-2342 or 215-861-0674, and enter access code 5598827.

2. By **November 4, 2021**, Plaintiff shall serve copies of this Order to Show Cause and the Supporting Papers on Defendants by first-class mail and service on the Secretary of State under N.Y. Business Corp. Law § 306.

3. By **November 10, 2021**, Plaintiff shall file on the docket (1) proof of service, and (2) the Supporting Papers that were served upon Defendants (as an attachment to the proof of service).

4. By **November 17, 2021**, Defendants shall respond to Plaintiff's motion.

5. By **November 24, 2021**, Plaintiff shall submit his reply, if any.

SO ORDERED.

Dated: November 1, 2021
       New York, New York

                                                    ANALISA TORRES
                                         United States District Judge