UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF VOLMAN,

                Plaintiff,

-against-

SANTA CLARITA RESTAURANT CORP. and
237 WILLIS AVENUE REALTY LLC,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/2021

21 Civ. 4742 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The telephonic conference scheduled for December 21, 2021, is ADJOURNED *sine die*. The Court shall resolve the motion for default judgment on the papers. By **December 16, 2021**, Plaintiff shall serve copies of this order on Defendants by first-class mail and service on the Secretary of State under N.Y. Bus. Corp. Law § 306. 3. By **December 21, 2021**, Plaintiff shall file proof of service on the docket.

    SO ORDERED.

Dated: December 13, 2021
       New York, New York

                                                ANALISA TORRES
                                         United States District Judge