UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF VOLMAN,

        Plaintiff,

-against-

SANTA CLARITA RESTAURANT CORP. and
237 WILLIS AVENUE REALTY LLC,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/6/2022
```

21 Civ. 4742 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On September 7, 2022, the Court denied Plaintiff's motion for default judgment and stated that within 21 days, Plaintiff may request leave to file an amended complaint that addresses the deficiencies identified. ECF No. 39. That submission is now overdue. Accordingly, by **October 13, 2022**, Plaintiff shall request leave to file an amended complaint. Failure to amend will result in a dismissal for failure to prosecute.

    SO ORDERED.

Dated: October 6, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge