UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEF VOLMAN,

        Plaintiff,

-against-

SANTA CLARITA RESTAURANT CORP. and
237 WILLIS AVENUE REALTY LLC,

        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _10/28/2022_

21 Civ. 4742 (AT)

**ORDER**

ANALISA TORRES, United States District Judge:

    On September 7, 2022, the Court denied Plaintiff's motion for default judgment and allowed Plaintiff to request for leave to file an amended complaint within twenty-one days of its order. ECF No. 39. On October 6, 2022, the Court extended this deadline to October 13, 2022. ECF No. 40. Plaintiff failed to meet that deadline. Accordingly, by **November 4, 2022**, Plaintiff shall request leave to file an amended complaint. Failure to amend will result in dismissal for failure to prosecute.

    SO ORDERED.

Dated: October 28, 2022
       New York, New York

                                          ANALISA TORRES
                                   United States District Judge